THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUE DEJESUS, Appellant.

Submitted April 28, 2014; decided May 1, 2014

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PERNELL A. FLANDERS, Appellant.

Submitted March 31, 2014; decided May 1, 2014

Motion for assignment of counsel granted and John J. Raspante, Esq., 102 Lafayette Street, Utica, New York 13502 assigned as counsel to the appellant on the appeal herein.